## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| KDC Agribusiness LLC, *et al.*,[1] | Case No. 23-10786 (CTG) |
| Debtors. | (Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness LLC., *et al.*, | |
| Plaintiff, v. | Adv. Proc. No. 25-50905 (CTG) |
| KPK Development Corporation, | |
| Defendant. | |

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice.  An answer has not been filed.

*[Remainder of page intentionally blank. Signature page follows.]*

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: KDC Agribusiness LLC (2280), Do Good Chicken LLC (1523), Do Good Foods Facility Management LLC (3974), Do Good Foods Fort Wayne LLC (6909), Do Good Foods LLC (9976), Do Good Foods Managed Services LLC (4214), Do Goods Foods Selma LLC (3776) and KDC Agribusiness Fairless Hills LLC (8680).

Date: October 30, 2025
Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

_/s/ Daniel N. Brogan_
Jennifer R. Hoover (DE 5111)
Kevin M. Capuzzi (DE 5462)
Daniel N. Brogan (DE 5723)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com
        dbrogan@beneschlaw.com

*Counsel for George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness, LLC, et al.*